**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6797**

———————

STEPHAN D. BROOKS,

Plaintiff - Appellant,

versus

JOHN DOE, Law Enforcement Officer; R. G.
BUENING,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen, Chief
District Judge.  (CA-98-460-3-2MU)

———————

Submitted:  July 18, 2002              Decided:  July 25, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Stephan D. Brooks, Appellant Pro Se.  Richard Harcourt Fulton,
OFFICE OF THE CITY ATTORNEY, Charlotte, North Carolina; Frank
Bayard Aycock, III, Charlotte, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stephan D. Brooks appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint under 28 U.S.C.A. § 1915(e)(2) (West Supp. 2002).  We have reviewed the record and the district court's opinion and find that this appeal is frivolous.  Accordingly, we dismiss the appeal on the reasoning of the district court.  See Brooks v. Doe, No. CA-98-460-3-2MU (W.D.N.C. filed Apr. 30, 2002 & entered May 2, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2